

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-14-00368-CR

John Christopher **SPRINGALL**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC-5316
Honorable N. Keith Williams, Judge Presiding

# O R D E R

    The Clerk's Notification of Late Record is hereby NOTED. The clerk's record must be filed no later than August 4, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court